ACCEPTED
12-15-00007-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/9/2015 12:46:45 PM
CATHY LUSK
CLERK

## NUMBER 12-15-00007-CR

| | | |
|---|---|---|
| **CHRISTOPHER EARL THURMAN** § | **IN THE COURT OF APPEALS** | |
| § | | |
| **V.** § | **TWELFTH JUDICIAL DISTRICT** | |
| § | | |
| **THE STATE OF TEXAS** § | **TYLER, TEXAS** | |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/9/2015 12:46:45 PM
CATHY S. LUSK
Clerk

## STATE'S FIRST MOTION FOR EXTENSION
## AND FOR LATE FILING OF BRIEF

TO THE HONORABLE COURT:

Comes now the STATE OF TEXAS, and presents its first motion for an extension of time to file a brief in the above-numbered cause, and in support of said motion, would show this Honorable Court the following:

A. This case was originally disposed of by a bench trial in the 7th District Court of Smith County, Texas, the Honorable Kerry L. Russell presiding.

B. The trial court cause number was 007-1224-14, and the case was styled *The State of Texas v. Christopher Earl Thurman*.

C. Appellant was convicted of the offense of unlawful possession of a firearm by a felon.

D. The trial court assessed appellant's punishment at confinement for fifteen years in the Texas Department of Criminal Justice–Institutional Division without a fine.

1

E. On 10 June 2015, appellant filed a brief. The State's brief is due to be filed in this Court on or before 10 July 2015.

F. The Court previously granted appellant one extension of time for the filing of his brief. There have been no extensions of time previously requested by or granted to the State.

G. Pursuant to Rules 2, 10.5(b), and 38.6(d) of the Texas Rules of Appellate Procedure, the State is seeking the Court's indulgence on an extension of twenty-one (21) days in order to allow the State an opportunity for timely filing its brief on or before 31 July 2015.

H. The facts relied upon to support this request are as follows:

I, Aaron Rediker, the undersigned Assistant Criminal District Attorney, am one of the two attorneys assigned to the Appellate Section of the Smith County District Attorney's Office. On 12 June 2015, two days after appellant filed his brief, I reported for annual training with the Texas Army National Guard until June 27th. After returning from annual training, I have had to take my attention off of appellant's case to work on the following habeas or appellate matters:

1. No. 12-15-00077-CR, *Davis v. State*, State's Brief due 2 August 2015.

2. Cause Numbers 007-0168-14-A & 007-0169-14-A, *Ex parte Bowers*, State's supplemental responses due 13 July 2015.

3. Cause Numbers 114-0164-13-B & 114-0165-13-B, *Ex parte Wilson*, State's supplemental responses currently due.

4. Cause Number 114-1802-13-B, *Ex parte Claiborne*, designation filed 11 June 2015.

I. In addition to the cases listed above, I am regularly called upon to research issues arising at trial, answer questions from law enforcement, and to represent the State in evidentiary hearings on applications for writs of habeas corpus.

J. This motion is not being filed for purposes of delay, but to allow the State to timely respond to the arguments raised in the appellant's brief.

K. The State has a great interest in affirming the judgement of the 7th District Court in this case.

L. All facts recited in this motion not within the record or the Court's knowledge in its official capacity are within the personal knowledge of the undersigned attorney, and a verification is therefore not required under Rule 10.2 of the Texas Rules of Appellate Procedure.

   **WHEREFORE**, this request is respectfully made that the Court grant the State

the opportunity of filing its brief on or before 31 July 2015.

Respectfully submitted,

/s/  Aaron S. Rediker
Aaron S. Rediker, SBN: 24046692
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the undersigned attorney certifies that the word count for this document is 536 as calculated by Corel WordPerfect X6.

/s/  Aaron S. Rediker
Aaron S. Rediker


## CERTIFICATE OF SERVICE

On 9 July 2015, a copy of the foregoing motion was emailed to James W. Huggler Jr., attorney for appellant, at jhugglerlaw@sbcglobal.net.

/s/  Aaron S. Rediker
Aaron S. Rediker